ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE (Cal. State Bar No. 167258)
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone: (213) 894-4536
    Facsimile: (213) 534-4300
    E-mail: joseph.johns@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 12-202(A)-CAS |
|---|---|
| Plaintiff, | ) [PROPOSED ORDER] RE: CONTINUANCE OF SENTENCING AND DATE |
| v. | ) |
| JARROD WADE STEFFEN, | ) Current Date:  10/15/12 |
| Defendant. | ) Current Time:  2:30 p.m.<br>) Proposed Date: 4/15/13<br>) Proposed Time: 2:30 p.m. |

PURSUANT TO THE REQUEST OF THE PARTIES, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the sentencing in this matter currently scheduled for the date of October 15, 2012 at 2:30 p.m. be continued to April 15, 2013 at 2:30 p.m.

THE COURT HEREBY FINDS that the parties' requested continuance is justified based on the following facts:

(a) The defendant is providing the government with substantial assistance, pursuant to Sentencing Guidelines Section 5K1.1, in the case of co-defendant Nhu Mai Nguyen, Case No. CR-

12-202(A)-CAS, which is currently set for jury trial on December 4, 2012, before this Court. The government anticipates that defendant will testify at trial as a witness for the United States.

(b) In addition, defendant is also providing the government with substantial assistance in a number of related criminal investigations. These investigations involve 10-20 additional domestic targets engaged in the interstate purchase, sale, receipt, shipment, and transportation of threatened and endangered rhinoceros horn. The criminal conduct involved in these related investigations includes conspiracy, illegal export of merchandise contrary to law, wildlife trafficking, and money laundering.

(c) The government anticipates filing charges against additional targets in January 2013. Defendant's continuing role in the post-charging phase of these cases will be dependent upon whether or not the various cases proceed to trial.

(d) The stipulation and request for continuance herein is made for the purpose of facilitating the defendant's continuing cooperation and potential future testimony in the related trial

//
//
//

investigations and to permit the government the opportunity to evaluate information provided by defendant for possible sentencing considerations.

Dated: _____, 2012.

                                                                _____
HONORABLE CHRISTINA A. SNYDER
United States District Judge